UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1574
_____

UNITED STATES OF AMERICA

v.

YAKOV BABCHINETSKIY,
a/k/a YAN
a/k/a JACOB

Yakov Babchinetskiy,

Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 07-00017)
District Judge:  Honorable Legrome D. Davis

Argued on April 20, 2012

Before:  McKEE, *Chief Judge*, SLOVITER, *Circuit Judge*
and O'CONNOR, *Associate Justice* (Ret.)[*]

_____

JUDGMENT ORDER

_____

---

[*] Hon. Sandra Day O'Connor, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

This cause came on to be heard on the record from the United States District Court for the Eastern of Pennsylvania and was argued on April 20, 2012.

On consideration whereof, inasmuch as we conclude that there was no plain error, it is now hereby ADJUDGED and ORDERED that the amended judgments of the District Court entered on January 20, 2011 and February 1, 2011 be and the same are hereby affirmed.

BY THE COURT:


/s/ Theodore A. McKee
Chief Judge

Attest:

/s/ Marcia M. Waldron
Clerk


Dated: May 15, 2012